No. 84–5411. WILSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.